# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

TODD D. STOVER,
    Plaintiff,

v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,
    Defendant.

Case No. 2:17-cv-547

CHIEF JUDGE EDMUND A. SARGUS, JR

Magistrate Judge Kimberly A. Jolson

## OPINION AND ORDER

This matter is before the Court on the Joint Stipulation for an Award of Attorney Fees under the Equal Access to Justice Act, which is hereby GRANTED. (ECF No. 18.) In that document, Plaintiff and Defendant, by their respective counsel, stipulate to an award to Plaintiff of attorney fees in the amount of $5,400.00, as well as costs in the amount of $20.76, in full satisfaction and settlement of any and all claims Plaintiff may have under the Equal Access to Justice Act ("EAJA") in the above case. The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. §§ 1920 & 2412 in this case. Any fees paid belong to Plaintiff, and not his attorney, can be offset to satisfy pre-existing debt that the litigant owes the United States under *Astrue v. Ratliff*, 560 U.S. 586 (2010). Plaintiff and Defendant move that the Court award Plaintiff EAJA fees and costs of $5,420.76.

After this award is entered, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

**IT IS SO ORDERED.**

10-25-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE